IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ECORE INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL DOWNEY, PLITEQ, INC., and DART ADVANTAGE WAREHOUSING, INC., <br><br> Defendants. | CIVIL ACTION <br> NO. 12-2729 |

## ORDER

**AND NOW**, this 6th day of January, 2015, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. #46), Defendants' response, and all supporting papers, it is hereby **ORDERED** that the Motion is **DENIED** as to all counts.

The Court will schedule a status conference in this matter by a separate order.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey L. Schmehl*
　　　　　　　　　　　　　　　　　　　　Jeffrey L. Schmehl, J.